133 So.2d 696

■

Dale E. BIRDSELL

v.

STATE.

3 Div. 965.

Supreme Court of Alabama.

Oct. 16, 1961.

MacDonald Gallion, Atty. Gen., and John G. Bookout, Asst. Atty Gen., for petitioner.

Dale E. Birdsell, pro se, opposed.

LIVINGSTON, Chief Justice.

The petition for certiorari to review the judgment of the Court of Appeals in this case is hereby denied without prejudice.

The Court of Appeals of Alabama will therefore give consideration to the matters presented to this Court in the petition for certiorari in the light of Act No. 62, Acts of Alabama 1961, Special Sess., approved September 15, 1961, relative to the furnishing of transcripts to indigent appellants.

Writ denied without prejudice.

All the Justices concur.

130 So.2d 244

■

Lillie BOWMAN

v.

CITY OF BIRMINGHAM.

6 Div. 691.

Supreme Court of Alabama.

March 2, 1961.

Rehearing Denied May 25, 1961.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for petitioner.

J. M. Breckenridge and Jas. G. Adams, III, Birmingham, opposed.

GOODWYN, Justice.

Petition for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Bowman v. City of Birmingham, 130 So.2d 244.

This is one of fourteen cases presenting the same questions as those discussed in White v. City of Birmingham, ante, p. 301, 130 So.2d 234. On authority of that case, the writ is due to be denied.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.